IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED AUG 2 5 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

SHEET METAL WORKERS' NATIONAL )
PENSION FUND, et al. )
)
    Plaintiffs, )
)
v. ) 1:10cv234(LMB/TCB)
)
WESTWIND MECHANICAL, INC. )
)
    Defendant. )

## ORDER

On August 9, 2010, a magistrate judge issued a Report and Recommendation ("Report"), in which she recommended that a default judgment in the amount of $64,910.99, consisting of $46,905.42 in unpaid contributions, $3,173.56 in accrued interest through July 16, 2010 and continuing to accrue through the date of payment, $9,380.61 in liquidated damages, late fees in the amount of $452.09, and $4,999.31 in attorneys' fees and costs, as well as specific injunctive relief, be awarded to plaintiffs. The parties were advised that any objections to the Report had to be filed within fourteen days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of August 24, 2010, no objections have been filed.

Having fully reviewed the Report, case file, and plaintiffs' Motion for Default Judgment with its attachments, we find that the Report accurately states the relevant facts and law.

Therefore, we adopt the findings and conclusions of the Report and for the reasons stated therein, it is hereby

ORDERED that the plaintiffs' Motion for Default Judgment be and is GRANTED, and the plaintiffs' proposed Judgment and Order will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Judgment and Order, to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this 25th day of August, 2010.

Alexandria, Virginia

2